# APPENDIX C

**Mayflower Transit, LLC.**
P.O. Box 26150
Fenton, MO 63026-1350
636-305-4000
I.C.C. No. MC-2934 • D.O.T. No. 125563

→ CUSTOMER ←
PLEASE READ THOROUGHLY
**ADDITIONAL SERVICES PERFORMED**
(OTHER THAN THOSE SERVICES INCLUDED IN LINEHAUL TRANSPORTATION CHARGE)

ORDER NUMBER: 333 06472 4

Customer: Jeffrey + Nancy Goldstein
Services Performed at: ☐ Origin  ☑ Destination  ☐ Other _____
Date Performed _____
By Charles Gibbs   Agent Code 333

**IF NATIONAL ACCOUNT (BILLED) MOVE, AGENT/VAN OPERATOR MUST COMPLETE BELOW:**
Booking Agent # _____ Contacted ..... ☐ YES  ☐ NO
Additional Services checked below APPROVED by _____ (First & Last Name) _____ @ Booking Agent

**PARTY RESPONSIBLE FOR PAYMENT** OF "APPROVED" ADDITIONAL SERVICES CHECKED (✓) IS AS FOLLOWS:

NATIONAL ACCOUNT: ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐13 ☐14 ☐15
INDIVIDUAL SHIPPER (C.O.D. for services performed): ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐13 ☐14 ☐15

**CUSTOMER NOTE:** SOME ADDITIONAL SERVICES PERFORMED REQUIRE ASSESSMENT OF EXTRA CHARGES. BE CERTAIN TO INITIAL PROPER BOXES FOR SERVICES PERFORMED & MARK "X" IN EACH BOX FOR SERVICES NOT PERFORMED BEFORE SIGNING FORM. SEPARATE FORMS MUST BE USED FOR ORIGIN AND DESTINATION SERVICES YOU ORDER.

**1. CONTAINERS/PACKING/UNPACKING**

| DESCRIPTION | FURNISHED | PACKED | UNPACKED |
|---|---|---|---|
| Dish-pack; Drum; Barrel | | | |
| 1½ cubic feet | | | |
| 3 cubic feet | | | |
| 4½ cubic feet | | | |
| 6 cubic feet | | | |
| 6½ cubic feet | | | |
| Wardrobe Carton | | | |
| Crib | | | |
| SINGLE/TWIN (To 39" x 75") | | | |
| Double (To 54" x 75") | | | |
| QUEEN/KING (Over 54" x 75") | | | |
| Mattress Cover | | | |
| CORRUGATED MIRROR CONTAINERS | | | |
| Crates & Containers (Specify Gross Measurement) | | | |

NOTE: An additional charge will be assessed for disposal of packing materials from items unpacked by customer or carrier on a date other than at delivery time.

**2. APPLIANCE SERVICE or UNSERVICE**
☐ By Agent _____
☐ By Driver _____
☐ 3rd Party  ☐ INVOICE ATTACHED  ☐ INVOICE TO FOLLOW
List appliances serviced: _____

**3. EXTRA PICKUP or DELIVERY** (Show Address)
_____
_____
Weight _____ Lbs.

**4. STAIR CARRY or ELEVATOR CARRY**
No. of flights 155 step Inside _____ Outside
Elevator Used  ☐ Yes  ☐ No

CUSTOMER IS TO INITIAL BOXES SHOWN BELOW FOR SERVICES PERFORMED AND CROSS OUT ALL OTHER BOXES

1. CONTAINERS PKG./UNPKG. /
2. APPL. SERV./UNSERV. /
3. EXTRA PU/DEL. /
4. ELEV./STAIRS — N/A
5. PIANO/ORGAN — N/A
6. LONG CARRY /
7. BULKY ARTICLE /
8. REWEIGH /
9. WAITING TIME /
10. EXTRA LABOR /
11. AUX. SERV. /
12. O/T PKG./UNPKG. /
13. O/T LDG./UNLDG. /
14. SELF-STORAGE P/D /
15. DAY CERTAIN LOAD /

**5. PIANO or ORGAN CARRY**
Number shipped 1
No. of flights 2  (Inside)  _____ Outside

**6. LONG CARRY (Excessive Distance)**
BETWEEN VEHICLE AND ENTRANCE 185 FEET
BETWEEN ENTRANCE AND APT./OFFICE ____ FEET
SINGLE-FAMILY DWELLING  ☐ YES  ☐ NO

**7. BULKY ARTICLE or WEIGHT ADDITIVE**
(e.g., Auto, Camper, Farm Equipment, etc.)
☐ BOAT  ☐ TRAILER  _____ FEET
OTHER _____

**8. REWEIGH**
REQUESTED  ☐ YES

**9. WAITING TIME** (Show Times and Dates)
Time Arrived _____ Date _____
Time Loading Began _____ Date _____
Time Unloading Began _____ Date _____

**10. EXTRA LABOR**
No. Men _____
No. Regular Hours Each _____
No. O.T. Hours Each _____
PURPOSE: _____

NOTE: Articles disassembled by and for carrier convenience will be reassembled at no charge if requested.

**11. AUXILIARY SERVICE (Shuttle)**
Shipment Weight _____ Lbs. & Miles _____
OR No. Vehicles _____ & No. Hours _____

**12. OVERTIME PACKING or UNPACKING**
Requested  ☐ Yes

**13. OVERTIME LOADING or UNLOADING**
Requested  ☐ Yes _____ Lbs.

**14. SELF-STORAGE PICKUP or DELIVERY (Mini-Warehouse)**
Weight _____ Lbs.

**15. DAY CERTAIN LOAD**
Requested  ☐ Yes

CUSTOMER HAS BEEN GIVEN COPY OF THIS COMPLETED FORM INITIALED AND MARKED TO INDICATE SERVICES PERFORMED.

Van No. 333-108   Driver I.D. 11660
SIGNATURE Charles Gibbs   333
(DRIVER/PACKER/UNPACKER)   (AGENT CODE)

I HAVE RECEIVED A COPY OF THIS FORM INITIALED BY ME TO SPECIFY SERVICES ORDERED. IF CREDIT IS EXTENDED ON THE BASIS THAT PAYMENT WILL BE MADE BY EMPLOYER OR OTHERS, I ACKNOWLEDGE MY PRIMARY LIABILITY FOR PAYMENT OF ALL CHARGES OR ANY PART OF CHARGES WHICH PROVE TO BE UNCOLLECTIBLE.

CUSTOMER SIGNATURE _____ 8/30/04

536547 (7/02)

## EXPLANATION OF SERVICES

1. **CONTAINERS**

   Specific charges are assessed for the container, packing labor and unpacking labor for each *individual unit* dependent on its size or nature. Packing or unpacking of *customer-provided* containers (including furniture) is performed on an hourly extra labor charge basis. When unpacking is performed at *time of delivery*, carrier will remove empty containers and debris, if requested to do so.

2. **APPLIANCE SERVICE or UNSERVICE**

   Certain appliances and articles (e.g., washing machines, record players, grandfather clocks, etc.) *must* be serviced or parts secured in order to move without damage. Specific charges are made when servicing or unservicing of such items is performed by company or other third party. The carrier does not assume the expense or responsibility for workmanship. Carrier is *not required* to perform any plumbing, electrical or carpentry services necessary to disconnect, remove, connect and install such appliances and articles.

3. **EXTRA PICKUP or DELIVERY**

   Transportation rate includes *pickup* from a single address and *delivery* to a single address. Charges are assessed for each stop or call requiring an *additional* pickup or delivery.

4. **STAIR CARRY or ELEVATOR CARRY**

   Since it takes longer and entails higher labor costs, there are additional charges when a shipment is loaded from or delivered to other than ground floor level. The stair carry charge is based on the number of flights and weight of the shipment (excluding automobiles when part of shipment). Less than 8 steps is *not* considered a flight. Charge does not apply *within* a single family dwelling.

5. **PIANO or ORGAN CARRY**

   When shipment includes a piano or an organ, a handling charge is assessed. Such items generally require use of special equipment and sometimes extra helpers. *Within* a single family dwelling, a stair carry charge will be applied if carried from or to other than ground floor. The charge does not apply for portable organs or pianos capable of being conveniently hand-carried by one person.

6. **LONG CARRY (Excessive Distance)**

   Transportation rate includes carrying the shipment a distance *up to 75 feet*. A charge based on weight is made for *each 50 feet or fraction thereof* (beyond the first 75 feet) for the distance between the vehicle and the entrance door. Naturally, the driver must park as close to the door as traffic and physical considerations allow. *Within* a multiple occupancy building (apartment house, office building, etc.), a charge is also made between the building entrance and apartment or office.

7. **BULKY ARTICLE or WEIGHT ADDITIVE**

   Some articles included in a shipment (automobiles, trailers, camper bodies, boats, etc.) are comparatively light and occupy space in the van which is not commensurate with their weight. For instance, one might load 4,000 lbs. of furniture and cartons in the space taken up by a 1,500 lb. boat. To compensate for the light weight, extra labor, and extra handling and/or blocking required to load bulky items of this nature, our tariff provides a schedule of extra charges or additional weights for such articles.

8. **REWEIGH**

   Before the actual initiation of the unloading of your shipment, you are entitled to be informed of the billing weight and total charges for the shipment. You may request a reweigh of the shipment without a charge to you. If a reweigh [is requested…] actual charges are based on reweigh weight, regardless of whether the weight is higher or lower.

9. **WAITING TIME**

   If you are unable to accept delivery of your shipment within the free waiting time (1 hour if shipment moved less than 200 miles; 2 hours if 200 miles or over) after notification of arrival, you may request waiting time until delivery can be made. There is a charge for each hour between 8:00 a.m. and 5:00 p.m. local time (excluding Sundays or state/national holidays). The alternative is unloading your shipment at a warehouse. You will have warehouse handling, storage and delivery from warehouse expense, and consequently it may be less expensive to pay for waiting time, if it is not for an excessive length of time. The carrier is *not* obligated to provide waiting time, but we are pleased to do so when we can spare the use of the equipment.

10. **EXTRA LABOR**

    Our tariffs provide hourly labor charges for performing any requested services for which specific fees are not published. This generally covers activities such as taking up tacked-down carpeting, packing owner's furnished containers, etc.

11. **AUXILIARY SERVICE (Shuttle)**

    In cases where it is *not possible* to *load* the shipment *directly* into OR *deliver directly* from the linehaul vehicle because of physical terrain characteristics or safety considerations, you may request auxiliary service. This occurs when your goods must be transferred to a smaller vehicle to transport them *between* the linehaul vehicle *and* your residence. A flat charge is assessed based on weight, which includes the cost of the shuttle vehicle and labor required to perform the auxiliary (shuttle) service. The alternatives are to deliver your shipment to a warehouse at your expense OR you *must* accept the shipment at a point to which the linehaul vehicle may be safely operated.

12. **OVERTIME PACKING or UNPACKING**

    When you *specifically request* packing or unpacking to be performed on a Saturday, Sunday, or holiday, a higher schedule of labor rates will be charged. This work will be performed at regular time rate when service is performed on these days at the *carrier's option* and not at your request.

13. **OVERTIME LOADING or UNLOADING**

    If you request loading or unloading on a specific date which is a Saturday, Sunday or holiday, an overtime premium charge, based on the weight of your shipment, is assessed. This is also true if you request the service to be performed after working hours, between 5:00 p.m. and 8:00 a.m. on any weekday, or when prevailing laws and ordinances or labor requirements will not allow loading/unloading during normal working hours on weekdays. The overtime charge does not apply when shipments are delivered to a carrier warehouse or when the work is performed during the above periods at the *carrier's option* and not at your request.

14. **SELF-STORAGE PICKUP or DELIVERY (Mini-Warehouse)**

    If carrier is requested to go inside the self-storage warehouse space either to remove items stored there OR to place items into the warehouse space rented by the shipper, an additional flat charge will be assessed based on the weight stored in the warehouse.

15. **DAY CERTAIN LOAD**

    If carrier is requested to pickup shipment at residence on a specific day versus a spread of days there will be an additional charge, as provided in our tariff.

**Mayflower Transit, LLC.**
P.O. Box 26150
Fenton, MO 63026-1350
636-305-4000
I.C.C. No. MC-2934 • D.O.T. No. 125563

→ CUSTOMER ←
PLEASE READ THOROUGHLY
**ADDITIONAL SERVICES PERFORMED**
(OTHER THAN THOSE SERVICES INCLUDED IN LINEHAUL TRANSPORTATION CHARGE)

ORDER NUMBER: 333 6422 4

Customer: Jeffrey Gerstein
Date Performed: 8/25/04 - 25 Aug
By: Joe Monacinno Mov    Agent Code: 333
Services Performed at: ☐ Origin  ☐ Destination  ☐ Other

**IF NATIONAL ACCOUNT (BILLED) MOVE, AGENT/VAN OPERATOR MUST COMPLETE BELOW:**

Booking Agent # _____ Contacted ...... ☐ YES ☐ NO
Additional Services checked below APPROVED by _____ (First & Last Name) _____ @ Booking Agent
PARTY RESPONSIBLE FOR PAYMENT OF "APPROVED" ADDITIONAL SERVICES CHECKED (✓) IS AS FOLLOWS:
NATIONAL ACCOUNT: ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐13 ☐14 ☐15
INDIVIDUAL SHIPPER (C.O.D. for services performed): ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐13 ☐14 ☐15

**CUSTOMER NOTE: SOME ADDITIONAL SERVICES PERFORMED REQUIRE ASSESSMENT OF EXTRA CHARGES. BE CERTAIN TO INITIAL PROPER BOXES FOR SERVICES PERFORMED & MARK "X" IN EACH BOX FOR SERVICES NOT PERFORMED BEFORE SIGNING FORM. SEPARATE FORMS MUST BE USED FOR ORIGIN AND DESTINATION SERVICES YOU ORDER.**

### 1. CONTAINERS/PACKING/UNPACKING

| DESCRIPTION | FURNISHED | PACKED | UNPACKED |
|---|---|---|---|
| Dish-pack; Drum; Barrel | 3 | 3 | |
| 1½ cubic feet | 85 | 85 | 85 |
| 3 cubic feet | 40 | 40 | 40 |
| 4½ cubic feet | 40 | 40 | |
| 6 cubic feet | 9 | 9 | |
| 6½ cubic feet | comp | 12 | 12 |
| Wardrobe Carton | 20 | 20 | |
| Crib | | | |
| SINGLE/TWIN (To 39" x 75") | 6 | | |
| Double (To 54" x 75") | 2 | | |
| QUEEN/KING (Over 54" x 75") | | | |
| Mattress Cover | | | |
| CORRUGATED MIRROR CONTAINERS | 4 | 4 | |
| Crates & Containers (Specify Gross Measurement) | 3 | 3 | |

NOTE: An additional charge will be assessed for disposal of packing materials from items unpacked by customer or carrier on a date other than at delivery time.

### 2. APPLIANCE SERVICE or UNSERVICE
☐ By Agent _____
☐ By Driver _____
☐ 3rd Party  ☐ INVOICE ATTACHED  ☐ INVOICE TO FOLLOW
List appliances serviced: _____

### 3. EXTRA PICKUP or DELIVERY (Show Address)
_____
Weight _____ Lbs.

### 4. STAIR CARRY or ELEVATOR CARRY
No. of flights ____ Inside ____ Outside
Elevator Used  ☐ Yes  ☐ No

---

CUSTOMER IS TO INITIAL BOXES SHOWN BELOW FOR SERVICES PERFORMED AND CROSS OUT ALL OTHER BOXES

1. CONTAINERS PKG./UNPKG. [initialed]
2. APPL. SERV./UNSERV.
3. EXTRA PU/DEL.
4. ELEV./STAIRS [initialed]
5. PIANO/ORGAN
6. LONG CARRY [initialed]
7. BULKY ARTICLE
8. REWEIGH
9. WAITING TIME
10. EXTRA LABOR
11. AUX. SERV.
12. O/T PKG./UNPKG.
13. O/T LDG./UNLDG.
14. SELF-STORAGE P/D
15. DAY CERTAIN LOAD

---

### 5. PIANO or ORGAN CARRY
Number shipped: 01
No. of flights ____ Inside ____ Outside

### 6. LONG CARRY (Excessive Distance)
BETWEEN VEHICLE AND ENTRANCE ____ FEET
BETWEEN ENTRANCE AND APT./OFFICE ____ FEET
SINGLE-FAMILY DWELLING  ☐ YES  ☐ NO

### 7. BULKY ARTICLE or WEIGHT ADDITIVE
(e.g., Auto, Camper, Farm Equipment, etc.)
☐ BOAT  ☐ TRAILER  ____ FEET
OTHER _____

### 8. REWEIGH
REQUESTED  ☐ YES

### 9. WAITING TIME (Show Times and Dates)
Time Arrived ____ Date ____
Time Loading Began ____ Date ____
Time Unloading Began ____ Date ____

### 10. EXTRA LABOR
No. Men ____
No. Regular Hours Each ____
No. O.T. Hours Each ____
PURPOSE: ____

NOTE: Articles disassembled by and for carrier convenience will be reassembled at no charge if requested.

### 11. AUXILIARY SERVICE (Shuttle)
Shipment Weight ____ Lbs. & Miles ____
OR No. Vehicles ____ & No. Hours ____

### 12. OVERTIME PACKING or UNPACKING
Requested  ☐ Yes

### 13. OVERTIME LOADING or UNLOADING
Requested  ☐ Yes  ____ Lbs.

### 14. SELF-STORAGE PICKUP or DELIVERY (Mini-Warehouse)
Weight ____ Lbs.

### 15. DAY CERTAIN LOAD
Requested  ☐ Yes

---

CUSTOMER HAS BEEN GIVEN COPY OF THIS COMPLETED FORM INITIALED AND MARKED TO INDICATE SERVICES PERFORMED.

Van No. ____  Driver I.D. ____
SIGNATURE: [signed] Reid   333
(DRIVER/PACKER/UNPACKER)  (AGENT CODE)

I HAVE RECEIVED A COPY OF THIS FORM INITIALED BY ME TO SPECIFY SERVICES ORDERED. IF CREDIT IS EXTENDED ON THE BASIS THAT PAYMENT WILL BE MADE BY EMPLOYER OR OTHERS, I ACKNOWLEDGE MY PRIMARY LIABILITY FOR PAYMENT OF ALL CHARGES OR ANY PART OF CHARGES WHICH PROVE TO BE UNCOLLECTIBLE.

CUSTOMER SIGNATURE [signed]

530547 (7/02)

# EXPLANATION OF SERVICES

1. **CONTAINERS/**...
   Specific charges are assessed for the container, packing labor and unpacking labor for each *individual unit* dependent on its size or nature. Packing or unpacking of *customer-provided* containers (including furniture) is performed on an hourly extra labor charge basis. When unpacking is performed at *time of delivery*, carrier will remove empty containers and debris, if requested to do so.

2. *APPLIANCE SERVICE or UNSERVICE*
   Certain appliances and articles (e.g., washing machines, record players, grandfather clocks, etc.) *must* be serviced or parts secured in order to move without damage. Specific charges are made when servicing or unservicing of such items is performed by company or other third party. The carrier does not assume the expense or responsibility for workmanship. Carrier is not required to perform any plumbing, electrical or carpentry services necessary to disconnect, remove, connect and install such appliances and articles.

3. *EXTRA PICKUP or DELIVERY*
   Transportation rate includes *pickup* from a single address and *delivery* to a single address. Charges are assessed for each stop or call requiring an *additional* pickup or delivery.

4. *STAIR CARRY or ELEVATOR CARRY*
   Since it takes longer and entails higher labor costs, there are additional charges when a shipment is loaded from or delivered to other than ground floor level. The stair carry charge is based on the number of flights and weight of the shipment (excluding automobiles when part of shipment). Less than 8 steps is *not* considered a flight. Charge does not apply *within* a single family dwelling.

5. *PIANO or ORGAN CARRY*
   When shipment includes a piano or an organ, a handling charge is assessed. Such items generally require use of special equipment and sometimes extra helpers. Within a single family dwelling, a stair carry charge will be applied if carried from or to other than ground floor. The charge does not apply for portable organs or pianos capable of being conveniently hand-carried by one person.

6. *LONG CARRY (Excessive Distance)*
   Transportation rate includes carrying the shipment a distance *up to 75 feet*. A charge based on weight is made for each 50 feet or fraction thereof (beyond the first 75 feet) for the distance between the vehicle and the entrance door. Naturally, the driver must park as close to the door as traffic and physical considerations allow. *Within* a multiple occupancy building (apartment house, office building, etc.) a charge is also made between the building entrance and apartment or office.

7. *BULKY ARTICLE or WEIGHT ADDITIVE*
   Some articles included in a shipment (automobiles, trailers, camper bodies, boats, etc.) are comparatively light and occupy space in the van which is not commensurate with their weight. For instance, one might load 4,000 lbs. of furniture and cartons in the space taken up by a 1,500 lb. boat. To compensate for the light weight, extra labor, and extra handling and/or blocking required to load bulky items of this nature, our tariff provides a schedule of extra charges or additional weights for such articles.

8. *REWEIGH*
   Before the actual initiation of the unloading of your shipment, you are entitled to be informed of the billing weight and total charges for the shipment. You may request a reweigh of the shipment without a charge to you. If a reweigh is performed, the actual charges will be based on the reweigh weight, regardless of whether the weight is higher or lower.

9. *WAITING TIME*
   If you are unable to accept delivery of your shipment within the free waiting time (1 hour if shipment moved less than 200 miles; 2 hours if 200 miles or over) after notification of arrival, you may request waiting time until delivery can be made. There is a charge for each hour between 8:00 a.m. and 5:00 p.m. local time (excluding Sundays or state/national holidays). The alternative is unloading your shipment at a warehouse. You will have warehouse handling, storage and delivery from warehouse expense, and consequently it may be less expensive to pay for waiting time, if it is not for an excessive length of time. The carrier is *not* obligated to provide waiting time, but we are pleased to do so when we can spare the use of the equipment.

10. *EXTRA LABOR*
    Our tariffs provide hourly labor charges for performing any requested services for which specific fees are not published. This generally covers activities such as taking up tacked-down carpeting, packing owner's furnished containers, etc.

11. *AUXILIARY SERVICE (Shuttle)*
    In cases where it is not possible to *load* the shipment *directly* into OR *deliver directly* from the linehaul vehicle because of physical terrain characteristics or safety considerations, you may request auxiliary service. This occurs when your goods must be transferred to a smaller vehicle to transport them *between* the linehaul vehicle and your residence. A flat charge is assessed based on weight, which includes the cost of the shuttle vehicle and labor required to perform the auxiliary (shuttle) service. The alternatives are to deliver your shipment to a warehouse at your expense OR you must accept the shipment at a point to which the linehaul vehicle may be safely operated.

12. *OVERTIME PACKING or UNPACKING*
    When you *specifically request* packing or unpacking to be performed on a Saturday, Sunday, or holiday, a higher schedule of labor rates will be charged. This work will be performed at regular time rate when service is performed on these days at the *carrier's option* and not at your request.

13. *OVERTIME LOADING or UNLOADING*
    If you request loading or unloading on a specific date which is a Saturday, Sunday or holiday, an overtime premium charge, based on the weight of your shipment, is assessed. This is also true if you request the service to be performed after working hours (between 5:00 p.m. and 8:00 a.m. on any weekday, or when prevailing laws and ordinances or labor requirements will not allow loading/unloading during normal working hours on weekdays). The overtime charge does not apply when shipments are delivered to a carrier warehouse or when the work is performed during the above periods at the *carrier's option* and not at your request.

14. *SELF-STORAGE PICKUP or DELIVERY (Mini-Warehouse)*
    If carrier is requested to go inside the self-storage warehouse space either to remove items stored there OR to place items into the warehouse space rented by the shipper, an additional flat charge will be assessed based on the weight stored in the warehouse.

15. *DAY CERTAIN LOAD*
    If carrier is requested to pickup shipment at residence on a specific day versus a spread of days there will be an additional charge, as provided in our tariff.