# APPENDIX D

## Patterson, Belknap, Webb & Tyler LLP

1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Fax (212) 336-2222

Christopher C. Angell
Douglas E. Barzelay
Susan F. Bloom
Henry P. Bubel
Laura E. Butzel
William F. Cavanaugh, Jr.
Lisa E. Cleary
Edward F. Cox
John Delli Venneri
Gregory L. Diskant
David W. Dykhouse
Philip R. Forlenza
Hugh J. Freund
Paul G. Gardephe
Eugene M. Gelernter
Alan Gettner
David M. Glaser
Antonia M. Grumbach
Erik Haas
Andrew L. Herz
Dana W. Hiscock
Scott Horton
Scott B. Howard
Karen C. Hunter
Kenneth J. King
Rochelle Korman
Robin Krause
Jeffrey E. LaGueux
Kim J. Landsman

Robert W. Lehrburger
Jeffrey I.D. Lewis
Robert P. LoBue
Ellen M. Martin
Maureen W. McCarthy
Thomas C. Morrison
Bernard F. O'Hare
Gloria C. Phares
Thomas W. Pippert
Herman H. Raspé
Robert M. Safron
Karla G. Sanchez
Kenneth L. Sankin
John Sare
Peter J. Schaeffer
Andrew D. Schau
John E. Schmeltzer, III
John P. Schmitt
Arthur D. Sederbaum
Karl E. Seib, Jr.
Saul B. Shapiro
Michael J. Timmons
Peter W. Tomlinson
Richard R. Upton
Frederick B. Warder III
William W. Weisner
John D. Winter
Stephen P. Younger
Steven A. Zalesin

Of Counsel

Harold R. Tyler

Anthony P. Coles
David F. Dobbins
George S. Frazza
Robert M. Pennoyer
Stephen W. Schwarz
Robert B. Shea
Ira T. Wender, P.C.

Direct Phone
(212) 336-2130

Email Address
apcoles@pbwt.com

October 5, 2004

Mr. Joe Moholland
c/o Joe Moholland Moving Company
15481 Farm Creek Drive
Woodbridge, VA 22191

Re: **Nancy and Jeffrey Goldstein**

Dear Mr. Moholland:

We have been asked by Nancy and Jeffrey Goldstein to represent their interests in connection with the significant damage caused to their personal property by your moving company last month in connection with their move from Washington, DC to East 73rd Street in New York City. The property damaged by your movers included a number of very valuable antique items that had been prized by the Goldsteins for many years. In addition, we understand that your company has acknowledged that, contrary to the representations made to the Goldsteins at the time they retained your company, many of the movers hired for this job were inexperienced and unqualified, and did not receive appropriate training. The Goldsteins have documented the damage to each of the items, and they also have pictures of the damaged items.

Without limitation, the damaged items include:

- A new cashmere and wool men's sport jacket, which was ripped,
- A woman's designer suit, which was ripped,
- A woman's designer leather jacket, which was ripped,
- A valuable Chippendale dining room table, which had its legs broken,

Mr. Joe Moholland
October 5, 2004
Page 2

- Two Chippendale dining room chairs, which had their legs broken,
- One Tiffany-style lamp which was broken,
- One antique drum table, which had three of its legs broken,
- One antique writing desk, which had two of its legs broken,
- One antique mirror, which had its frame broken,
- One Mackenzie Childs lamp, which had its base cracked,
- One side table, which was scratched,
- Two picture frames, whose glass was broken,
- One antique ceramic dish, which was cracked,
- One antique serving dish, which was cracked,
- One stone statue, which was cracked (damage took place in DC), and
- One antique ceramic serving dish, which was cracked (damage took place in DC).

In addition, your movers scratched the walls of the Goldsteins' new house in New York City, which had to be repaired by painters, and left two large scratches in their house in the District of Columbia, which apparently cannot be properly repaired.

It is apparent that your company was grossly negligent in the planning and execution of this move, and acted in a manner that has caused great personal inconvenience and dislocation of the Goldsteins, in addition to their property loss.

Accordingly, by this letter, we are demanding that (1) any charges or billing associated with this move be reversed, and the Goldsteins not be charged for the move, and (2) in the event that the Goldsteins determine that their damages are in excess of the cost of the move, that you agree to promptly reimburse the Goldsteins for any such amount, as a result of your negligence and improper conduct.

Thank you for your prompt attention to these matters.

Very truly yours,

Anthony P. Coles

cc: Nancy Goldstein

1110633v1