IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAYFLOWER TRANSIT, LLC )
One Mayflower Drive )
Fenton, MO 63026 )
 )
      Plaintiff, )
 )
v. ) Case No. _____
 )
JEFFREY GOLDSTEIN and )
NANCY GOLDSTEIN )
107 East 73rd Street )
Manhattan, NY 10001 )
 )
      Defendants. )

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
**MAYFLOWER TRANSIT, LLC**
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

August 2, 2005
Date
                           Signature of Attorney or Litigant
                           Counsel for **Mayflower Transit, LLC**

*Note: Under L.R. 71 (A)(1), this form is to be filed in duplicate with the Clerk of Court.*

Rev. 8/22/00