IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC )<br>One Mayflower Drive )<br>Fenton, MO 63026 )<br>        )<br>        Plaintiff,    )<br>        )<br>    v.    )<br>        )<br>JEFFREY GOLDSTEIN and )<br>NANCY GOLDSTEIN )<br>107 East 73rd Street )<br>Manhattan, NY 10001 )<br>        )<br>        Defendants.  ) | Case No. _____ |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
**MAYFLOWER TRANSIT, LLC**
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

August 2, 2005                    _____
Date                              Signature of Attorney or Litigant
                                  Counsel for **Mayflower Transit, LLC**

*Note: Under L.R. 71 (A)(1), this form is to be filed <u>in duplicate</u> with the Clerk of Court.*

Rev. 8/22/00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC<br>One Mayflower Drive<br>Fenton, MO 63026<br><br>   Plaintiff,<br><br>  v.<br><br>JEFFREY GOLDSTEIN and<br>NANCY GOLDSTEIN<br>107 East 73rd Street<br>Manhattan, NY 10001<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

            Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
**MAYFLOWER TRANSIT, LLC**
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

August 2, 2005
Date
            _____/s/_____
            Signature of Attorney or Litigant
            Counsel for **Mayflower Transit, LLC**

  *Note: Under L.R. 71 (A)(1), this form is to be filed in duplicate with the Clerk of Court.*

Rev. 8/22/00