AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT, APENDIX A-E |
| EFFECTED (1) BY ME: | JOHN GARCIA |
| TITLE: | PROCESS SERVER    DATE: 09/30/2005 03:05PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JEFFREY GOLDSTEIN

Place where served:

107 EAST 73RD. ST.   NEW YORK (MANHATTAN) NY 10001

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NANCY GOLDSTEIN

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F    AGE: 36-50    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF JOHN GARCIA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 09/30/2005 03:05PM

| | |
|---|---|
| ATTORNEY: | JOHN T. HUSK, ESQ. |
| PLAINTIFF: | MAYFLOWER TRANSIT, LLC. |
| DEFENDANT: | JEFFREY GOLDSTEIN, ET AL |
| VENUE: | DISTRICT OF COLUMBIA |
| DOCKET: | 05 CV 01558 |

30th Sept 2005
Janira Santiago Velez

JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT, APENDIX A-E |
| EFFECTED (1) BY ME: | JOHN GARCIA |
| TITLE: | PROCESS SERVER    DATE: 09/30/2005  03:03PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

NANCY GOLDSTEIN

Place where served:

107 EAST 73RD. ST.   NEW YORK (MANHATTAN) NY 10018

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NANCY GOLDSTEIN

Relationship to defendant: SELF

Description of person accepting service:

SEX: F__  AGE: 36-50__  HEIGHT: 5'4"-5'8"__  WEIGHT: 131-160 LBS.__  SKIN: WHITE__  HAIR: BROWN__  OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF JOHN GARCIA
GUARANTEED SUBPOENA SERVICE, INC.
2008 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 09/30/2005  03:03PM

| | |
|---|---|
| ATTORNEY: | JOHN T. HUSK, ESQ. |
| PLAINTIFF: | MAYFLOWER TRANSIT, LLC. |
| DEFENDANT: | JEFFREY GOLDSTEIN, ET AL |
| VENUE: | DISTRICT OF COLUMBIA |
| DOCKET: | 05 CV 01558 |

30th Sept 2005
Janira Santiago Velez
JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.