IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC<br>One Mayflower Drive<br>Fenton, MO 63026<br><br>      Plaintiff,<br><br>v.<br><br>JEFFREY GOLDSTEIN and<br>NANCY GOLDSTEIN<br>107 East 73rd Street<br>Manhattan, NY 10001<br><br>      Defendants. | CASE NUMBER: 1:05CV01558<br><br>JUDGE: Royce C. Lamberth<br><br>DECK TYPE: General Civil |

AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND

The parties to the above-captioned action, by and through undersigned counsel, respectfully move the Court for a thirty-day extension of time to answer or otherwise respond to the Complaint in this action.

The Complaint was filed on August 2, 2005; it was served on the defendants on September 30, 2005. An answer or responsive motion would, absent this agreed motion, be due on October 20, 2005. The parties, having agreed that a thirty-day extension of time to answer or otherwise respond to the Complaint is proper and warranted, hereby respectfully move the Court for an Order extending such time until and including November 21, 2005.

Respectfully submitted,

/s/_____
Paul R. Taskier, D.C. Bar #367713
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC  20037
Tel:  202-785-9700
Fax: 202-887-0689

- and -

Anthony P. Coles
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Tel:  212-336-2000
Fax: 212-336-2222

Counsel for Jeffrey Goldstein and Nancy Goldstein


/s/_____
John T. Husk, D.C. Bar #434714
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA  22182
Tel:  703-573-0700
Fax: 703-573-9786

Counsel for Mayflower Transit, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Agreed Motion to Extend Time To Answer Or Otherwise Respond and proposed Order to be served by email and by U.S. Mail, postage prepaid, on John T. Husk, Esq., Seaton & Husk, L.P., 2240 Gallows Road, Vienna, VA 22182 (johnhusk@aol.com) on Thursday, October 20, 2005.

                                         /s/
                                     Paul R. Taskier