IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC<br>One Mayflower Drive<br>Fenton, MO  63026<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY GOLDSTEIN and<br>NANCY GOLDSTEIN<br>107 East 73rd Street<br>Manhattan, NY  10001<br><br>    Defendants. | CASE NUMBER:  1:05CV01558<br><br>JUDGE:  Royce C. Lamberth<br><br>DECK TYPE:  General Civil |

## ORDER

THIS MATTER having come before the Court upon the parties' Agreed Motion to Extend the Time to Answer or Otherwise Respond, and the Court having reviewed the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion be, and the same is, GRANTED, and the time for the defendants to answer or otherwise respond is hereby extended to and including November 21, 2005.

DONE AND ORDERED in Chambers at Washington, District of Columbia, this ___ day of October, 2005.

                                                     Royce C. Lamberth
                                                   UNITED STATES DISTRICT JUDGE

Copies to be sent to counsel of record.