UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAYFLOWER TRANSIT, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1558 (RCL) |
| ) | |
| JEFFREY GOLDSTEIN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the parties' agreed Motion [7] to Extend the Time to answer or otherwise respond, it is hereby

ORDERED that the parties' Motion [7] to Extend the Time is GRANTED; and it is further

ORDERED that the defendants shall have up to and including November 21, 2005, to answer or otherwise respond.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 20, 2005.