# United States District Court
# For the District of Columbia

MAYFLOWER TRANSIT, LLC

        Plaintiff(s)    ) **APPEARANCE**

        vs.    ) CASE NUMBER  1: 05 CV 01558

JEFFREY GOLDSTEIN and NANCY GOLDSTEIN

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Douglas H. Wood__ as counsel in this
        (Attorney's Name)

case for: Mayflower Transit LLC and Moholland Moving Company (3d Party Defendant)
        (Name of party or parties)

12/7/05
Date

*(signature)*
Signature

Douglas H. Wood
Print Name

D.C. Bar No. 481262
BAR IDENTIFICATION

2240 Gallows Rd.
Address

Vienna, VA 22182
City    State    Zip Code

703-573-0700
Phone Number