UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1: 05 CV 01558 |
| | ) | |
| JEFFREY GOLDSTEIN and | ) | Judge: Royce C. Lamberth |
| NANCY GOLDSTEIN | ) | |
| | ) | Deck Type: General Civil |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | Date Stamp: 08/02/2005 |
| v. | ) | |
| | ) | |
| MOHOLLAND MOVING COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**PLAINTIFF AND THIRD-PARTY DEFENDANT'S JOINT MOTION TO DISMISS ALL OF DEFENDANTS' COUNTERCLAIMS AND THIRD-PARTY CAUSES OF ACTION**

COMES NOW Plaintiff/Counter-Defendant Mayflower Transit, LLC (hereinafter referred to as "Mayflower") and Third-Party Defendant Moholland Moving Company (hereinafter referred to as "Moholland") by and through Counsel and for its Motion to Dismiss All of Defendants' Counterclaims and Third-Party Causes of Action for Failure to State a Claim Upon Which Relief Can Be Granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure states as follows:

1.      Defendants contracted with Mayflower to transport their household goods from Washington, DC to New York, New York.

2.      Mayflower's disclosed household goods agent Moholland delivered Defendants' household goods pursuant to a Uniform Household Goods Bill of Lading and Freight Bill Contract No. 333-06472-4.

3. Defendants have made First, Second, and Third Counterclaims against Mayflower alleging fraud, recklessness, negligence, detrimental reliance, and deceptive trade practices.

4. Defendants have brought the same claims against Moholland as First, Second, and Third Third-Party Causes of Action.

5. All of Defendants Counterclaims and Third-Party Causes of Action are common law/state law causes of action. As such, they are all preempted by the Carmack Amendment, 49 U.S.C. 14706 (hereinafter "Carmack"), and should be dismissed with prejudice.

6. Moholland is a disclosed household goods agent of Mayflower. As such, Moholland has no liability separate or apart from that of Mayflower and such claims should be dismissed with prejudice.

7. Mayflower and Moholland accordingly move that all of Defendants' Counterclaims and Third-Party Causes of Action be dismissed with prejudice.

8. Mayflower and Moholland file contemporaneously herewith a Memorandum of Law in Support of their Joint Motion to Dismiss All of Defendants' Counterclaims and Third-Party Causes of Action.

Respectfully Submitted,

/s/ John T. Husk
John T. Husk, Esq.
D.C. Bar No. 434714
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
Tel: 703-573-0700
Fax: 703-573-9786

Douglas H. Wood, Esq.
D.C. Bar No. 481262
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
Tel: 703-573-0700
Fax: 703-573-9786

*Counsel for Mayflower Transit LLC
and Moholland Moving Company*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing PLAINTIFF AND THIRD-PARTY DEFENDANT'S JOINT MOTION TO DISMISS ALL OF DEFENDANT'S COUNTERCLAIMS AND THIRD-PARTY CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO RULE 12(b)(6) has been served via U.S. Mail on the following parties on this 7th day of December, 2005.

      Paul R. Taskier
      D.C. Bar No. 367713
      Dickstein Shapiro Morin & Oshinsky LLP
      2101 L Street, NW
      Washington, DC 20037
      Telephone: 202-785-9700

      Anthony P. Coles
      Patterson Belknap Webb & Tyler, LLP
      1136 Avenue of the Americas
      New York, NY 10036
      Telephone: 212-336-2130

      /s/ John T. Husk