IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC<br>One Mayflower Drive<br>Fenton, MO 63026<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY GOLDSTEIN and<br>NANCY GOLDSTEIN<br>107 East 73rd Street<br>Manhattan, NY 10001<br><br>　　　　Defendants. | CASE NUMBER: 1:05CV01558<br><br>JUDGE: Royce C. Lamberth<br><br>DECK TYPE: General Civil |

AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND

The parties to the above-captioned action, by and through undersigned counsel, respectfully move the Court for an extension of time up to and including January 20, 2005 to answer or otherwise respond to the Plaintiff and Third-Party Defendant's Memorandum of Law in Support of Their Joint Motion to Dismiss All of Defendants' Counterclaims and Third-Party Causes of Action in this action.

The Motion to Dismiss was filed and served on December 7, 2005. An answer or responsive motion would, absent this agreed motion, be due on December 20 , 2005. The parties, having agreed that an extension of time to answer or otherwise respond to the Motion to Dismiss and is proper and warranted, hereby respectfully move the Court for an Order extending such time up to and including January 20, 2005.

Respectfully submitted,

/s/
Paul R. Taskier, D.C. Bar #367713
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037
Tel: 202-785-9700
Fax: 202-887-0689

- and -

Anthony P. Coles
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: 212-336-2000
Fax: 212-336-2222

Counsel for Jeffrey Goldstein and Nancy Goldstein

/s/
John T. Husk, D.C. Bar #434714
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
Tel: 703-573-0700
Fax: 703-573-9786

Counsel for Mayflower Transit, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Agreed Motion to Extend Time To Answer Or Otherwise Respond and proposed Order to be served by email and by U.S. Mail, postage prepaid, on John T. Husk, Esq., Seaton & Husk, L.P., 2240 Gallows Road, Vienna, VA 22182 (johnhusk@aol.com) on Monday, December 19, 2005.

                                                /s/_____
                                                Paul R. Taskier