IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC )<br>One Mayflower Drive )<br>Fenton, MO 63026 )<br>    )<br>  Plaintiff, )<br>    )<br>v. )<br>    )<br>JEFFREY GOLDSTEIN and )<br>NANCY GOLDSTEIN )<br>107 East 73rd Street )<br>Manhattan, NY 10001, )<br>    )<br>  Defendants and )<br>  Third-Party Plaintiffs, )<br>    )<br>v. )<br>    )<br>MOHOLLAND MOVING COMPANY, )<br>15481 Farm Creek Drive )<br>Woodbridge, VA 22191, )<br>    )<br>  Third-Party Defendant. )  | CASE NUMBER  1:05CV01558-RCL<br><br>JUDGE:  Royce C. Lamberth<br><br>DECK TYPE:  General Civil |

**STIPULATION WITHDRAWING PLAINTIFF'S AND
THIRD-PARTY DEFENDANT'S JOINT MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-captioned action, by and through their undersigned counsel, that Plaintiff's and Third-Party Defendant's Joint Motion to Dismiss Defendants' Counter Claims and Third-Party Causes of Action, which was filed and served on December 7, 2005, is hereby withdrawn without prejudice, and

IT IS FURTHER STIPULATED AND AGREED that Defendants and Third-Party Plaintiffs Jeffrey Goldstein and Nancy Goldstein shall file their First Amended Answer, Counter Claims and Third-Party Causes of Action with this Court on or before January 20, 2006.

Dated: January 20, 2006

Respectfully submitted,

/s/
_____
Paul Taskier, D.C. Bar #367713
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 828-2256
Fax: (202) 728-0663

Of Counsel:
Anthony P. Coles
Patterson Belknap Webb & Tyler, LLP
1136 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2130
Fax: (212) 336-2222
Counsel for Jeffrey and Nancy Goldstein

/s/
_____
John T. Husk, D.C. Bar #434714
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
Tel: (703) 573-0700
Fax: (703) 573-9786
Counsel for Mayflower Transit, LLC

SO ORDERED:

_____
Honorable Royce C. Lamberth
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Stipulation Withdrawing Plaintiff's And Third-Party Defendant's Joint Motion To Dismiss to be served by email and by U.S. Mail, postage prepaid, on John T. Husk, Esq., Seaton & Husk, L.P., 2240 Gallows Road, Vienna, VA 22182 (johnhusk@aol.com) on January 20, 2006.

/s/
_____
Paul R. Taskier