IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC<br>One Mayflower Drive<br>Fenton, MO 63026<br><br>        Plaintiff,<br><br>v.<br><br>JEFFREY GOLDSTEIN and<br>NANCY GOLDSTEIN<br>107 East 73rd Street<br>Manhattan, NY 10001,<br><br>        Defendants | )<br>)<br>)<br>)<br>)  CASE NUMBER   1:05CV01558-RCL<br>)<br>)  JUDGE:  Royce C. Lamberth<br>)<br>)  DECK TYPE:  General Civil<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF THIRD-PARTY DEFENDANT

Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, Defendants Jeffrey Goldstein and Nancy Goldstein, by and through their attorneys, voluntarily dismiss Third-Party Defendant, Moholland Moving Company from the above-captioned action without prejudice.

Dated: January 20, 2006

Respectfully submitted,

/s/
_____
Paul Taskier, D.C. Bar #367713
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 828-2256
Fax: (202) 728-0663

Of Counsel:
Anthony P. Coles
Patterson Belknap Webb & Tyler, LLP
1136 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2130
Fax: (212) 336-2222
Counsel for Jeffrey and Nancy Goldstein

SO ORDERED:

_____
Honorable Royce C. Lamberth
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Voluntary Dismissal of Third-Party Defendant to be served by email and by U.S. Mail, postage prepaid, on John T. Husk, Esq., Seaton & Husk, L.P., 2240 Gallows Road, Vienna, VA 22182 (johnhusk@aol.com) on January 20, 2006.

/s/
_____
Paul R. Taskier