UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAYFLOWER TRANSIT, LLC | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 05-1558 (RCL) |
| JEFFREY GOLDSTEIN, et al., | | |
| Defendants. | | |

**ORDER**

Upon consideration of the parties' agreed Motion [12] to Extend the Time to answer or otherwise respond, it is hereby

ORDERED that the parties' Motion [12] to Extend the Time is GRANTED; and the time for defendants to answer or otherwise respond is hereby extended to and including January 20, 2006, *nunc pro tunc*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 24, 2006.