UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **MAYFLOWER TRANSIT, LLC** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **JEFFREY GOLDSTEIN, et al.,** | ) ) |
| Defendants. | ) ) |

Civil Action No. 05-1558 (RCL)

## ORDER

It is hereby stipulated and agreed by the parties to the above-captioned action, by and through counsel, that plaintiff's and third-party defendant's Joint Motion [11] to Dismiss defendants' counterclaims and third-party causes of action, which was filed and served on December 7, 2005, is hereby withdrawn without prejudice, and

IT IS FURTHER stipulated and agreed that defendants and third-party plaintiffs Jeffrey Goldstein and Nancy Goldstein shall file their first amended answer, counterclaims and third-party causes of action with this Court on or before January 20, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 24, 2006.