UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAYFLOWER TRANSIT, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY GOLDSTEIN, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1558 (RCL) |

### ORDER

Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, defendants Jeffrey Goldstein and Nancy Goldstein, by and through their attorneys, voluntarily dismiss Third-Party defendant, Moholland Moving Company from the above-captioned action without prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 24, 2006.