**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC,        )<br>                                                    )<br>           Plaintiff,                          )<br>                                                    )<br>   v.                                             )<br>                                                    )<br>JEFFREY GOLDSTEIN and    )<br>NANCY GOLDSTEIN              )<br>                                                    )<br>           Defendants and             )<br>           Counterclaimants.        ) | Case No.: 1: 05 CV 01558<br><br>Judge: Royce C. Lamberth<br><br>Deck Type: General Civil<br><br>Date Stamp: 08/02/2005 |

**PARTIES' JOINT RULE 16.3(d) REPORT**

Plaintiff Mayflower Transit, LLC ("Mayflower"), by counsel, and Defendants Jeffrey Goldstein and Nancy Goldstein, by counsel (collectively, "the parties") conferred about the status of this case by telephone on February 8, 2006. The parties hereby provide this joint report to the Court in accordance with Local Civil Rule 16.3(d).

1. <u>Likelihood that case will be resolved by dispositive motion</u>

The parties agree that Mayflower will be making a dispositive motion, but disagree as to the likelihood that the claims or counterclaims can be resolved on summary judgment after the close of discovery.

2. <u>Time to join other parties and/or amend pleadings</u>

Defendants have already filed an amended counterclaim and withdrawn their third-party complaint against Moholland Moving Company. The parties propose a deadline of April 19, 2006 to join other parties and/or amend pleadings.

3. <u>Assignment to Magistrate Judge</u>

The parties do not consent to assignment of this case to a Magistrate Judge for all

purposes.

    4.    <u>Possibility of Settlement</u>

The parties are optimistic that a settlement might be obtainable to achieve an early and equitable resolution of this action.

    5.    <u>Use of ADR</u>

The parties agree that mediation before a Magistrate Judge or other court-appointed personnel would not be productive at this time.

    6.    <u>Briefing schedule for dispositive motions</u>

The parties propose a deadline for filing dispositive motions of 30 days after the close of discovery.

    7.    <u>Initial Disclosures</u>

The parties have agreed to an initial exchange of documents pursuant to Rule 26(a)(1).

    8.    <u>Discovery</u>

The parties propose conducting discovery of all issues within five months of the filing of this report.

    9.    <u>Expert Witnesses</u>

The parties expect expert witnesses in this case, including an expert for defendants on the appropriate standard of care.

    10.    <u>Class actions (Not applicable)</u>

    11.    <u>Bifurcation of trial and discovery</u>

The parties do not recommend bifurcation of either trial or discovery.

    12.    <u>Pre-trial Conference & Trial</u>

The parties recommend scheduling the pre-trial conference and trial at a status conference held after the resolution of any dispositive motions.

Respectfully Submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| John T. Husk, Esq. | Paul R. Taskier |
| D.C. Bar No. 434714 | D.C. Bar No. 367713 |
| Seaton & Husk, L.P. | Dickstein Shapiro Morin & Oshinsky LLP |
| 2240 Gallows Road | 2101 L Street, NW |
| Vienna, VA 22182 | Washington, DC 20037 |
| Tel: 703-573-0700 | Telephone: 202-785-9700 |
| Fax: 703-573-9786 | |
| | |
| Douglas H. Wood, Esq. | Anthony P. Coles |
| D.C. Bar No. 481262 | Patterson Belknap Webb & Tyler, LLP |
| Seaton & Husk, L.P. | 1136 Avenue of the Americas |
| 2240 Gallows Road | New York, NY 10036 |
| Vienna, VA 22182 | Telephone: 212-336-2130 |
| Tel: 703-573-0700 | *Counsel for Jeffrey Goldstein and* |
| Fax: 703-573-9786 | *Nancy Goldstein* |
| *Counsel for Mayflower Transit LLC* | |
| *and Moholland Moving Company* | |