UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1: 05 CV 01558 |
| ) | |
| JEFFREY GOLDSTEIN and ) | Judge: Royce C. Lamberth |
| NANCY GOLDSTEIN ) | |
| ) | Deck Type: General Civil |
| Defendants and ) | |
| Counterclaimants. ) | Date Stamp: 08/02/2005 |

### INITIAL SCHEDULING ORDER

Upon consideration of the Parties' Local Civil Rule 16.3(d) Report, it is hereby ORDERED that the following deadlines will apply to this action:

| | |
|---|---|
| Amended Complaint or Other Parties Joined | April 19, 2006 |
| Discovery to be Completed | July 17, 2006 |
| Dispositive Motions Due | August 15, 2006 |

Dated:

_____
Royce C. Lamberth
United States District Judge