UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAYFLOWER TRANSIT, LLC        ) <br> ) <br> Plaintiff,      ) <br> ) <br> v.       ) <br> ) <br> JEFFREY GOLDSTEIN, et al.,    ) <br> ) <br> Defendants.      ) | Civil Action No. 05-1558 (RCL) |

### ORDER

Upon consideration of the Parties' Local Civil Rule 16.3(d) Report, it is hereby

ORDERED that the following deadlines will apply to this action, *nunc pro tunc*:

| | |
|---|---|
| Amended Complaint or Other Parties Joined | April 19, 2006 |
| Discovery to be Completed | July 17, 2006 |
| Dispositive Motions Due | August 15, 2006 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on May 31, 2006.