IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01558 |
| | ) | |
| JEFFREY GOLDSTEIN and | ) | Judge: Royce C. Lamberth |
| NANCY GOLDSTEIN | ) | |
| | ) | Deck Type: General Civil |
| Defendants. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, Mayflower Transit, LLC and Jeffrey Goldstein and Nancy Goldstein, by and through Counsel, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) and 41(c) hereby requests this Court to dismiss the above-referenced matter with prejudice.

Respectfully submitted,

**MAYFLOWER TRANSIT, LLC**
*By Counsel*

/s/
John T. Husk, Esq., DC Bar #434714
Seaton & Husk, LP
2240 Gallows Road
Vienna, VA 22182
Tel: 703-573-0700
Fax 703-573-9786

**JEFFREY GOLDSTEIN AND
NANCY GOLDSTEIN**
*By Counsel*

/s/
Paul R. Taskier, Esq.
Dickstein, Sharpio, Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037
Tel :202-785-9700
Fax: 202-887-0689