IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05CV01558 |
| ) | |
| JEFFREY GOLDSTEIN and ) | Judge: Royce C. Lamberth |
| NANCY GOLDSTEIN ) | |
| ) | Deck Type: General Civil |
| Defendants. ) | |
| _____ ) | |

## **ORDER**

This cause is before the Court on the parties' Joint Stipulation of Dismissal in the above referenced action pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) and Rule 41(c).

The Court, having reviewed the Motion and examined the evidence and laws applicable thereto, hereby GRANTS the parties' Stipulation to Dismiss with prejudice.

_____
Royce C. Lamberth
United States District Court Judge

Date: _____