UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MAYFLOWER TRANSIT, LLC** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1558 (RCL) |
| **JEFFREY GOLDSTEIN, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

# ORDER

This cause is before the Court on the parties' Joint Stipulation [23] of Dismissal in the above referenced action pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) and Rule 41(c).

The Court, having reviewed the Motion and examined the evidence and laws applicable thereto, hereby GRANTS the parties' Stipulation to Dismiss with prejudice.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on August 29, 2006.